JOSHUA B. MITCHELL, Respondent, v. WILLIAM H. FISSELL, Appellant.— Order affirmed, with ten dollars costs and disbursements. No opinion. Jenks, P. J., Mills, Putnam, Blackmar and Jaycox, JJ., concur.

REINHART OHMAN, as Administrator, etc., of RENHOLD OHMAN, Deceased, Appellant, v. CARL SORENSON, Respondent.— Judgment and order unanimously affirmed, with costs. No opinion. Present — Jenks, P. J., Mills, Rich, Putnam and Kelly, JJ.

CLARENCE R. POPE, Respondent, v. AKRON TIRE COMPANY, INC., and Another, Appellants, Impleaded with Others, Defendants.— Order affirmed, with ten dollars costs and disbursements. No opinion. Jenks, P. J., Rich, Blackmar, Kelly and Jaycox, JJ., concur.

THE PEOPLE OF THE STATE OF NEW YORK, Respondent, v. WILLIAM MARINELLA, Appellant.— Judgment of conviction of the County Court of Westchester county affirmed. No opinion. Jenks, P. J., Rich, Blackmar, Kelly and Jaycox, JJ., concur.

ELY RIZZOTTI, Respondent, v. JOSEPH M. SWARSENSKI, Appellant.— Judgment and order unanimously affirmed, with costs. No opinion. Present — Jenks, P. J., Rich, Blackmar, Kelly and Jaycox, JJ.

CHARLES F. ROGERS, Respondent, v. WILLIAM W. ROGERS and Others, Appellants.— Order affirmed, with ten dollars costs and disbursements. No opinion. Jenks, P. J., Rich, Putnam, Blackmar and Kelly, JJ., concur.

ABE STREGACK, Respondent, v. MAX RIVSHIN and Others, Appellants.— Judgment reversed, the second finding of fact reversed, and a new trial granted, with costs to abide the final award of costs. There was no evidence of authority from the other partners to Rivshin to contract to sell the partnership real property. The partnership agency extends to the partnership business; but it was not shown in this case that the buying and selling of land was partnership business. Therein the case is different from *Chester* v. *Dickerson* (54 N. Y. 1). Jenks, P. J., Rich, Putnam, Blackmar and Kelly, JJ., concur.

ANNIE T. WILSON, Respondent, v. DIRECTOR GENERAL OF RAILROADS, Appellant.— Judgment and order unanimously affirmed, with costs. No opinion. Present — Jenks, P. J., Rich, Putnam, Blackmar and Kelly, JJ.

JACOB EGLAR, Appellant, v. HYMAN GREENBERG, Respondent.— Motion granted, without costs. Present — Jenks, P. J., Mills, Rich, Blackmar and Jaycox, JJ.

EUGENE A. RUDIGER and JOHN M. RUDIGER, Respondents, v. JAMES S. COLEMAN and Others, Appellants.— Motion denied, with ten dollars costs. Present — Jenks, P. J., Mills, Rich, Blackmar and Jaycox, JJ.

WILLIAM DEBOLD, Appellant, v. OTTILIE CLARA SCHMIDT, Respondent.— Judgment reversed and new trial granted, with costs to abide the event, on the ground that it was error to exclude evidence tending to explain or modify the paper, defendant's exhibit A. Jenks, P. J., Rich, Blackmar, Kelly and Jaycox, JJ., concur.